NOVEMBER 8, 1948.

No. 329. FILBEN MANUFACTURING CO., INC. ET AL. *v.* ROCK-OLA MANUFACTURING CORP. ET AL. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit dismissed on motion of counsel

for the petitioners. *Paul J. Thompson, Ben W. Heine-man* and *Max Swiren* for petitioners. 